1  Amy L. Thompson, Esq.
   Nevada Bar No. 11907
2  Andrew S. Clark, Esq.
   Nevada Bar No. 14854
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, Nevada  89169.5937
5  Telephone:    702.862.8800
   Fax No.:       702.862.8811
6  athompson@littler.com
   asclark@littler.com
7
   Attorneys for Defendant
8  HILTON GRAND VACATIONS CLUB, LLC

9

**UNITED STATES DISTRICT COURT**
10 **DISTRICT OF NEVADA**

11 | MELISSA PETERS, | Case No. 2:24-CV-02162-CDS-EJY |
12 | Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
13 | v. | |
14 | HILTON GRAND VACATIONS CLUB, LLC; DOES I through X, inclusive; and ROE CORPORATIONS 1 through X, inclusive, | **[FIRST REQUEST]** |
15 | | |
16 | Defendants. | |

17

18

19  Plaintiff Melissa Peters and Defendant Hilton Grand Vacations Club, LLC, through their
20 counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint
21 from the current deadline of January 10, 2025, up to and including **January 31, 2025.**

22  The parties request this extension to accommodate Defense Counsels' schedules in light of the
23 recent holidays and pre-existing obligations leading up to the current deadline.

24

25  / / /

26

27  / / /

28

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: January 3, 2025

HOLMAN LAW OFFICE

/s/ *Kristina S. Holman, Esq.*
Kristina S. Holman, Esq.

Attorneys for Plaintiff
MELISSA PETERS

Dated: January 3, 2025

LITTLER MENDELSON, P.C.

/s/ *Amy L. Thompson, Esq.*
Amy L. Thompson, Esq.
Andrew S. Clark

Attorneys for Defendant
HILTON GRAND VACATIONS CLUB, LLC

**ORDER**

IT IS SO ORDERED this 4th day of January, 2025.

_____
UNITED STATES MAGISTRATE COURT JUDGE

4911-7533-1849.1 / 116024-1032