Amy L. Thompson, Esq.
Nevada Bar No. 11907
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
athompson@littler.com
asclark@littler.com

Attorneys for Defendant
HILTON GRAND VACATIONS CLUB, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA PETERS, | Case No. 2:24-CV-02162-CDS-EJY |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES |
| v. | |
| HILTON GRAND VACATIONS CLUB, LLC; DOES I through X, inclusive; and ROE CORPORATIONS 1 through X, inclusive, | (FIRST REQUEST) |
| Defendants. | |

Plaintiff Melissa Peters and Defendant Hilton Grand Vacations Club, LLC hereby stipulate to extend the discovery deadlines in this case by ninety (90) days according to the schedule set forth below. This Stipulation is entered in good faith and not for the purpose of undue delay.

**I.   STATUS OF DISCOVERY**

The parties held a scheduling conference under Rule 26(f) of the Federal Rules of Civil Procedure on April 2, 2025.  During that conference, the parties agreed to serve initial disclosures on or before April 16, 2025, which is fourteen days from the 26(f) conference and approximately three weeks before the parties' currently scheduled Early Neutral Evaluation.  The parties have not yet completed any additional discovery.

**II.   DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties anticipate completing written discovery in the immediate future, including requests

for production of document, written interrogatories, and requests for admissions. The parties will also schedule party and witness depositions as well as the deposition of Hilton's corporate representative under Rule 30(b)(6). In addition, the parties are in the process of assessing whether any expert testimony will be necessary to the claims and defenses raised in this matter. Finally, the parties anticipate certain third-party discovery efforts, including subpoenas that may result in additional witness depositions.

### III.   SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY

Under Local Rule 26-3, the Parties acknowledge that a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than twenty-one (21) days before expiration of that deadline, and that a request made within twenty-one (21) days must be supported by a showing of good cause. This request is submitted prior to twenty-one (21) days before the next discovery deadline (Initial Expert Disclosures due May 5, 2025). Thus, LR 26-3's heightened good-cause standard does not apply to a request to extend the expert-disclosure deadline or any deadline thereafter.

The requested extension is necessary to allow the parties to fully explore the need for expert witnesses in this matter and to provide sufficient time to complete the written discovery and depositions necessary to develop the claims and defenses at issue in this case. At present, neither party can adequately assess whether expert witnesses are necessary without having first received the other party's initial disclosures and discovery responses. The request for ninety additional days to perform discovery will likely be sufficient to allow the parties to explore the need for experts. Moreover, an additional ninety days to complete discovery will allow the parties to attend an Early Neutral Evaluation (on May 5, 2025) and possibly narrow the issues for which discovery is needed. However, even if the Early Neutral Evaluation does not result in a settlement, the requested ninety days should provide sufficient time to complete the discovery necessary to this matter.

/ / /

/ / /

/ / /

IV. **PROPOSED SCHEDULE FOR COMPLETING REMAINING DEADLINES**

|  | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | Expired | **Expired** |
| Expert Disclosures | May 5, 2025 | **August 4, 2025[1]** |
| Rebuttal Expert Disclosures | June 4, 2025 | **September 3, 2025** |
| Discovery Cut-Off | July 2, 2025 | **September 30, 2025** |
| Dispositive Motions | August 1, 2025 | **October 30, 2025** |
| Pretrial Order | September 1, 2025 | **December 1, 2025 (Nov. 29 is a Saturday) (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.)** |

Based on the foregoing stipulation and proposed deadlines, the Parties respectfully request that the Discovery Plan and Scheduling Order deadlines be extended by ninety (90) days so the Parties may conduct remaining discovery as set forth herein.

Dated: April 14, 2025

Respectfully submitted,

*/s/ Kristina S. Holman*
Kristina S. Holman, Esq.
HOLMAN LAW OFFICE

Attorney for Plaintiff
MELISSA PETERS

Dated: April 14, 2025

Respectfully submitted,

*/s/ Andrew S. Clark*
Amy L. Thompson, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
HILTON GRAND VACATIONS CLUB, LLC

**IT IS SO ORDERED.**

Dated: April 14, 2025

_____
UNITED STATES MAGISTRATE JUDGE

4937-4444-2420 / 116024.1032

---

[1] Deadline fell on Sunday and was moved to the following Monday.

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800