Amy L. Thompson, Esq.
Nevada Bar No. 11907
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:  702.862.8800
Fax No.:    702.862.8811
athompson@littler.com
asclark@littler.com

Attorneys for Defendant
HILTON GRAND VACATIONS CLUB, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA PETERS, | Case No. 2:24-CV-02162-CDS-EJY |
| Plaintiff | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| HILTON GRAND VACATIONS CLUB, LLC; | |
| Defendant | |

    Plaintiff, Melissa Peters, and Defendant Hilton Grand Vacations Club, LLC, hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

    The Parties have reached an agreement to resolve this action, and the Parties submit this Stipulation pursuant to their agreement for resolution. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

    Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation.

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113-4770
702.862.8800

Accordingly, the Parties respectfully request the Court dismiss the action with prejudice and close the case.

Dated: July 15, 2025

HOLMAN LAW OFFICE

/s/ Kristina S. Holman
Kristina S. Holman, Esq.

Attorneys for Plaintiff
MELISSA PETERS

Dated: July 15, 2025

LITTLER MENDELSON, P.C.

/s/ Amy L. Thompson
Amy L. Thompson, Esq.
Andrew S. Clark

Attorneys for Defendant
HILTON GRAND VACATIONS CLUB, LLC

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 17, 2025

LITTLER MENDELSON, P.C
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113-4770
702.862.8800

2